UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE FRIEDENSTAB,

       Plaintiff,                              CASE NO. 05-74237

-vs-                                              PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER (1) ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND
(2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

      On March 29, 2006, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this Court grant Defendant's Motion for Summary Judgment, and dismiss the instant complaint. The Magistrate found that there was substantial evidence on the record that Plaintiff was not fully disabled as he continued to be able to perform a limited range of sedentary work.

      Having considered the Magistrate's R&R,

      **IT IS ORDERED** that (1) the Magistrate Judge's recommendation is adopted and entered as the findings and conclusions of this Court; and (2) Defendant's Motion for Summary Judgment is GRANTED.

                                                  S/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 8, 2006

                                            CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 8, 2006.

                                                    S/Jonie Parker
                                                    Case Manager